UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 22, 2018
```

UNITED STATES OF AMERICA,

v.

EDWIN BROWN

                    Defendant.

No. 17 Cr. 710 (KPF)

**ORDER**

      Upon the application of Edwin Brown, by his counsel, Rita M. Glavin, Esq., pursuant to 18 U.S.C. § 4285, and in the interest of justice, it is hereby,

      **ORDERED** that Ms. Glavin is permitted to arrange for a hotel room at the government rate of $239.00 plus taxes and transportation to and from the airport for up to $75.00 for Mr. Brown and bill those expenses on counsel's voucher.

Dated: March 22, 2018

                                              SO ORDERED:

                                              HON. KATHERINE POLK FAILLA