UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 22, 2018
```

UNITED STATES OF AMERICA,

v.

EDWIN BROWN

Defendant.

No. 17 Cr. 710 (KPF)

**ORDER**

Upon the application of Edwin Brown, by his counsel, Rita M. Glavin, Esq., pursuant to 18 U.S.C. § 4285, and in the interest of justice, it is hereby,

**ORDERED** that the United States Marshal's Service shall arrange for the non-custodial, one-way transportation of Edwin Brown from Fort Lauderdale-Hollywood International Airport in Florida, to any appropriate airport in the vicinity of New York City, for his status conference before this Court in *United States v. Edwin Brown*, on April 6, 2018, followed by a meeting with counsel; that the flight be scheduled to depart the evening of April 5, 2018 to permit Mr. Brown to meet with his counsel before the status conference; and that the cost of such transportation be paid by the United States Marshal's service out of funds authorized by the Attorney General for such expenses.

Dated: March 22, 2018

SO ORDERED:

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA