UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 22, 2018

UNITED STATES OF AMERICA,

v.

EDWIN BROWN

Defendant.

No. 17 Cr. 710 (KPF)

ORDER

Upon the application of Edwin Brown, by his counsel, Rita M. Glavin, Esq., pursuant to 18 U.S.C. § 4285, and in the interest of justice, it is hereby,

**ORDERED** that the United States Marshal's Service shall arrange for the non-custodial, one-way transportation of Edwin Brown, no earlier than 8:00 p.m. on April 6, 2018, from any appropriate airport near the Southern District of New York to Fort Lauderdale-Hollywood International Airport in Florida, for return from his status conference before this Court in *United States v. Edwin Brown*, on April 6, 2018, followed by a meeting with counsel; and that the cost of such transportation be paid by the United States Marshal's service out of funds authorized by the Attorney General for such expenses.

Dated: March 22 2018

SO ORDERED:

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA