```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 7, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Edwin Brown,

                Defendant.

**Order of Restitution**

**S1 17 Cr. 710 (KPF)**

      Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Nicolas Roos and Catherine Ghosh, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One and Four of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** Edwin Brown, the Defendant, shall pay restitution in the total amount of $240,655.40 to the victims of the offenses charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      **2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of restitution ordered to be paid by co-defendant Michael Brandon for the same losses in this matter under 17 Cr. 710. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and his co-defendant in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

<u>August 7, 2018</u>

_____
UNITED STATES DISTRICT JUDGE