UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>EDWIN BROWN,<br><br>Defendant. | 17 Cr. 710 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's June 1, 2020 motion for compassionate release (Dkt. #59), as well as Defendant's counsel's June 19, 2020 supplemental filing in further support of that motion (Dkt. #64). The Government shall file its response papers on or before June 26, 2020. Defendant may submit reply papers in further support of its motion on or before July 3, 2020.

SO ORDERED.

Dated:  June 22, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge