# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

TELEPHONE:  (212) 574-1200
FACSIMILE:  (212) 480-8421
WWW.SEWKIS.COM

RITA GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC  20005
TELEPHONE:  (202) 737-8833
FACSIMILE:  (202) 737-5184

July 1, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



Re:   *United States v. Edwin Brown*, 17 Cr. 710 (KPF)

Dear Judge Failla:

    I represent Edwin Brown in the above-referenced matter and write to respectfully request a one-week extension from July 3, 2020 to July 10, 2020 to file reply papers in further support of the defendant's compassionate release motion.  Dkts. 59, 64.  I make this request due to my need for further consultations with Mr. Brown at FCI Coleman Low.   The Government does not object to this request.

    Respectfully submitted,

By:  */s/ Rita M. Glavin*
      Rita M. Glavin

CC:  AUSA Catherine Ghosh (via ECF)

Application GRANTED.

Dated:    July 1, 2020          SO ORDERED.
          New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE