UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 710 (KPF) |
| EDWIN BROWN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Defendant may file a supplemental submission in further support of compassionate release, and Defendant's submission shall be due on or by May 28, 2021. The Government's supplemental response, if any, shall be due on or by June 4, 2021.

SO ORDERED.

Dated: May 21, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge